# KORTE & WORTMAN, P.A.
## Attorneys at Law

2325 ULMERTON RD, SUITE 16  
CLEARWATER, FL 33762

PHONE (877) 591-7859  
FAX (727) 216-3132

*Brian K. Korte, Esquire*

**VIA CERTIFIED MAIL - RETURN RECEIPT**

Lender: PNC

Re: Request for Information under 12 CFR 1024.36 of Regulation X and TILA Request

Borrower: Xavier A Bracco

Property Address: 21705 Deer Pointe Xing

City, State Zip: Bradenton, FL 34202

Account Number: 

SSN: 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

To Whom it May Concern,

Please see the attached letter in regards to the borrowers in reference to the above loan number. Further, be advised that we are representing borrower(s) in reference to this loan. Further, please send all responses to the Qualified Written Request to our office. Thank you.

Sincerely,

Borrower Signature: *Xavier A Bracco*

Borrower Name: Xavier A Bracco

Exhibit "A"

### *VIA CERTIFIED MAIL - RETURN RECEIPT*

Lender: PNC

Re: Request for Information under 12 CFR 1024.36 of Regulation X and TILA Request

Borrower: Xavier A Bracco

Property Address: 21705 Deer Pointe Xing

Bradenton, FL 34202

Account Number: _____

Dear Sir or Madam:

Please consider this letter to constitute a Request for Information under 12 CFR Section 1024.36 of Regulation X of the Mortgage Servicing Act under RESP A, which Regulation became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding mortgage loan servicing. Under these amendments, you must acknowledge receipt of this Notice within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this notice within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays).

Specifically, Specifically, I am requesting the following information for the period beginning January 10, 2014, until your receipt of this request (the "applicable period"):

1. All correspondence between your company, subsidiaries, servicers attached to this loan that were sent to the borrower from January 10, 2014, through to the present; and proof of mailing, including but not limited to fed ex tracking numbers, certified mail receipts, and/or a letter log showing the date the letter was sent.
2. All five (5) day letters between your company, subsidiaries, servicers following any loss mitigation applications/submissions to this loan that were sent to the borrower from January 10, 2014, through to the present; and proof of mailing, including but not limited to fed ex tracking numbers, certified mail receipts, and/or a letter log showing the date the letter was sent.
3. All thirty (30) day letters between your company, subsidiaries, servicers following any loss mitigation applications/submissions to this loan that were sent to the borrower from January 10, 2014, through to the present; and proof of mailing, including but not limited to fed ex tracking numbers, certified mail receipts, and/or a letter log showing the date the letter was sent.

4. All letter explaining the right to appeal the denial of the modification (if applicable) between your company, subsidiaries, servicers following any loss mitigation applications/submissions to this loan that were sent to the borrower from January 10, 2014, through to the present; and proof of mailing, including but not limited to fed ex tracking numbers, certified mail receipts, and/or a letter log showing the date the letter was sent.
5. All system notes/logs that show the receipt of the loss mitigation submission and that reflect all responses sent to the borrower from January 10, 2014, through to the present.
6. A current pay off statement.
7. Copies of all Notice of Service transfers that were sent to the borrower and proof of mailing, including but not limited to fed ex tracking numbers, certified mail receipts, and/or a letter log showing the date the notice was sent.

If you determine that any of the above information is not available to you, you are required to provide notification of that determination and a basis for that determination, including the contact information for further assistance, within thirty (30) business days pursuant to 12 C.F.R. Part 1024.36(d)(l)(ii).

**Pursuant to Section 1024.36(c), you must acknowledge receipt of this Request within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) Pursuant to Section 1024.36( d)(ii)(2)(B), you must respond not later than thirty (30) days (excluding legal public holidays, Saturdays and Sundays) after you receive this Request for Information.**

In the event that the Request(s) for Information section of this correspondence has been sent to an address that differs from an exclusive address that you previously designated, and in accordance with Section 1024.36(b), please do one of the following: (1) direct the Request(s) for Information to the correct address; or (2) provide the undersigned a written notice, within five business days, specifying the designated address along with a copy of the original notice sent to the above-referenced client that established the exclusive address in accordance with Section 1024.36(b). Please forward all responses to this request directly to Korte & Wortman, P.A. 2041 Vista Parkway, Ste 102, West Palm Beach, FL 33411.

Very truly yours,

Borrower Signature: *Xavier A Bracco*

Borrower Name: Xavier A Bracco