

Exhibit "B"

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   PNC Mortgage
   P.O. Box 8807
   Dayton, OH 45401-8807

   9590 9403 0190 5120 3797 52

2. Article Number (Transfer from service label)

   7015 1520 0002 2774 7969

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X ____ P.O. BOX ____  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

   OCT 26 2015  rec'd 11/2

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053    Domestic Return Receipt

COLUMBUS
UNITED STATES POSTAL SERVICE
26 OCT '15
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

° Sender: Please print your name, address, and ZIP+4® in this box°

Korte & Wortman, P.A.
2325 Ulmerton Rd. Ste 16
Clearwater, FL 33762

USPS TRACKING#

9590 9403 0190 5120 3797 52

6/2/2016 USPS.com® - USPS Tracking®

English     Customer Service     USPS Mobile                                              Register / Sign in

**USPS.COM®**

# USPS Tracking®


Customer Service ›
Have questions? We're here to help.


Get Easy Tracking Updates ›
Sign up for My USPS.

Tracking Number: 70151520000227747969

Updated Delivery Day: Monday, October 26, 2015

## Product & Tracking Information

**Postal Product:**
First-Class Mail®

**Features:**
Certified Mail™     Return Receipt

See tracking for related item: 9590940301805120379752

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| October 26, 2015, 9:31 am | Delivered | DAYTON, OH 45401 |

Your item was delivered at 9:31 am on October 26, 2015 in DAYTON, OH 45401.

| | | |
|---|---|---|
| October 26, 2015, 9:13 am | Arrived at Unit | DAYTON, OH 45401 |
| October 26, 2015, 5:03 am | Departed USPS Destination Facility | DAYTON, OH 45401 |
| October 25, 2015, 6:00 pm | Arrived at USPS Destination Facility | DAYTON, OH 45401 |
| October 24, 2015, 6:26 pm | Arrived at USPS Facility | PONTIAC, MI 48340 |
| October 21, 2015, 9:50 pm | Arrived at USPS Origin Facility | TAMPA, FL 33630 |
| October 21, 2015, 6:28 pm | Departed Post Office | CLEARWATER, FL 33762 |
| October 21, 2015, 10:25 am | Acceptance | CLEARWATER, FL 33762 |

## Available Actions

## Track Another Package

Tracking (or receipt) number

[                                            ]     Track It

## Manage Incoming Packages

Track all your packages from a dashboard.
No tracking numbers necessary.

Sign up for My USPS ›

