

PNC Mortgage*
PNC Mortgage*
P.O. Box 8807
Dayton, OH 45401-8807

**VIA CERTIFIED MAIL 7015 1730 0000 4784 0630**

Re:   Notice of Error

To Whom It May Concern:

    The Law Office of Korte & Wortman, P.A. represents Xavier A Bracco regarding the property located at 21705 Deer Point Xing Bradenton FL 34202. Please consider this letter to constitute a Notice of Error under 12 CFR Section 1024.35 of Regulation X of the Mortgage Servicing Act under RESPA, which Regulation became effective on January 10, 2014. These amendments implemented the Dodd-Frank Wall Street Reform and Consumer Protection Act provisions regarding loan servicing. Under these amendments, you must acknowledge receipt of this Notice in writing within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays) and must advise us of your responses to this Notice in writing within thirty (30) days of receipt thereof (excluding legal public holidays, Saturdays and Sundays).
    Specifically, this office previously sent a Request for Information on behalf of the borrower regarding the loan. We are unsure as to whether you have received our client's request. Based on review of our records, and in violation of 12 C.F.R. Section 1024.36(c), you have failed to provide timely written acknowledgment of receipt of the Request. This Notice is being sent pursuant to 12 C.F.R. Section 1024.35(b)(11) regarding the required written acknowledgement of receipt of the Request.
    <u>Pursuant to Section 1024.35(d), you must acknowledge receipt of this Notice in writing within five (5) days thereof (excluding legal public holidays, Saturdays and Sundays). Pursuant to Section 1024.35(e)(3)(i)(C), you must respond to this Notice in writing not later than thirty (30) days thereof (excluding legal public holidays, Saturdays and Sundays).</u>
    Please forward all responses to this Notice directly to Korte & Wortman, P.A. 2325 Ulmerton Rd, Suite 16, Clearwater, FL 33762.

                                                Very truly yours,

                                                Korte & Wortman, P.A.

*Exhibit "C"*

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PNC Mortgage
P.O. Box 8807
Dayton, OH 45401-8807

9590 9403 0570 5183 5674 64

2. Article Number (Transfer from service label)

7015 1730 0000 4784 0630

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

[Postmark: APR 11 2016 USPS]

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
☐ ~~Insured Mail~~ Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053      Domestic Return Receipt

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

* Sender: Please print your name, address, and ZIP+4® in this box®

Korte & Wortman, P.A.
2325 Ulmerton Rd. Ste. 16
Clearwater, FL 33762-3362

Bracco, Xavier

USPS TRACKING#

9590 9403 0570 5183 5674 64