EXHIBIT A

BK 2567 PG 3601 Dkt#3385819
R. B. "CHIPS" SHORE Clerk of Circuit Court Manatee County FL. Filed & Recorded 5/5/15 8:23:38 AM (1 of 1)

XAVIER ALEXANDER BRACHO
0004535490

Date: 04/28/2015

## SATISFACTION OF MORTGAGE

KNOW ALL MEN BY THESE PRESENTS that the undersigned BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PNC BANK, NATIONAL ASSOCIATION AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS does hereby certify that a certain mortgage from JAVIER BRACHO, A SINGLE MAN to NATIONAL CITY MORTGAGE A DIVISION OF NATIONAL CITY BANK OF INDIANA dated FEBRUARY 10, 2006, filed for record FEBRUARY 23, 2006 in mortgage volume 2104, page 1997, DOC No, _____, of the MANATEE COUNTY, FLORIDA records has been paid in full or in part; and the county recorder is authorized to release and discharge the same of record.

In witness whereof the said BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PNC BANK, NATIONAL ASSOCIATION AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS has hereunto set their hand this 30th day of APRIL, 2015.
Tax Parcel ID # _____
21705 DEER POINTE XING, BRADENTON, FL - 34202
Loan Amount: $585,200.00
BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PNC BANK, NATIONAL ASSOCIATION AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS

Witnesses

KAREN S BEAN

MICHELLE F PYBURN
MORTGAGE OFFICER

STATE OF OHIO
COUNTY OF MONTGOMERY COUNTY ) SS:

Before me, a Notary Public in and for said county, personally appeared MICHELLE F PYBURN, MORTGAGE OFFICER, of BANC OF AMERICA FUNDING CORPORATION MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, BY PNC BANK, NATIONAL ASSOCIATION AS SERVICER WITH DELEGATED AUTHORITY UNDER THE TRANSACTION DOCUMENTS known to me to be the person and officer whose name is acknowledged on behalf of said corporation and by authority of its board of directors; and that said instrument is their free act and deed individually and as said officers, and the free and corporate act and deed of said corporation.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal in MONTGOMERY COUNTY county, OHIO, this day 30th of APRIL, 2015.

This instrument prepared by:
RETURN TO:
JOAN L WIMSATT
PNC MORTGAGE (B6-YM14-01-5)
3232 NEWMARK DRIVE
MIAMISBURG, OH 45342
P.O.BOX 8820
DAYTON, OH 45482 - 0449

JOAN L WIMSATT    NOTARY PUBLIC

NJ_43