EXHIBIT C



**PNC MORTGAGE℠**

A Division of PNC Bank, National Association

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

November 3, 2015

Korte & Wortman PA
2325 Ulmerton Rd Suite 16
Clearwater FL 33762

RE: Loan No.: 0004535490
Borrower: Xavier Alexander Bracho
Property Address: 21705 Deer Point Xing, Bradenton, FL 34202

To Whom It May Concern:

PNC Mortgage received your October 7, 2015 correspondence on October 26, 2015 requesting all correspondence, thirty day letters, five day letters, appeal offer letters, and Notice of Service transfers between ourselves and the borrower from January 10, 2014 to present for the above-referenced loan. You also requested all system notes showing receipt of loss mitigation submissions, and responses, as well as, a current payoff statement.

This loan closed in a Short Sale on April 27, 2015; therefore, we are unable to enclose a current payoff statement.

The remainder of the items you requested will be sent under separate cover.

We trust that this letter has addressed your concerns.

Thank you for contacting PNC Mortgage on this issue. If you have any further questions, please call Customer Service at 1-800-822-5626.

Sincerely,

Customer Service Department

AST



**PNC**
MORTGAGE™
A Division of PNC Bank, National Association

Customer Service Contact Information:
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

December 9, 2015

Korte & Wortman PA
2041 Vista Pkwy Suite 102
West Palm

RE: Loan No.: 0004535490
Borrower: Xavier Alexander Bracho
Property Address: 21705 Deer Pointe Xing, Bradenton, FL 34202

To Whom It May Concern:

PNC Mortgage received your October 7, 2015 correspondence on October 26, 2015 requesting all correspondence, thirty day letters, five day letters, appeal offer letters, and Notice of Service transfers between ourselves and the borrower from January 10, 2014 to present for the above-referenced loan. You also requested all system notes showing receipt of loss mitigation submissions, and responses, as well as, a current payoff statement.

Per your request we are enclosing the following documents:

- All Application notices from January 10, 2014 to present.
- All Loss Mitigation Decision Letters from January 10, 2014 to present
- All Letters regarding the borrowers right to appeal from January 10, 2014 to present.
- All System Contact Notes from January 10, 2014 to present

There are no Notice of Service transfers to provide. This loan has been continually serviced by us since inception.

The response to your request for a payoff statement was sent under separate cover on November 2, 2015.

The remainder of the information you requested is outside the scope of what can be requested as, to the extent that such information exists, it is overly broad and unduly burdensome.

We trust that this letter has addressed your concerns.

---

To request information or notify us of an error regarding your account, please send a written request/notice to
PNC Mortgage; PO Box 8807; Dayton, OH 45401-8807



**PNC**
MORTGAGE℠

A Division of PNC Bank, National Association

**Customer Service Contact Information:**
PNC Mortgage, B6-YM07-01-7
PO Box 1820
Dayton, OH 45401-1820
1-800-822-5626

Page 2
December 9, 2015

Please call your Single Point of Contact, Dianne D., at 1-888-224-4702 extension 9370731782, with any further questions regarding this loan.

Sincerely,

Customer Service Department

Enclosures:
- All Application notices from January 10, 2014 to present.
- All Loss Mitigation Decision Letters from January 10, 2014 to present
- All Letters regarding the borrowers right to appeal from January 10, 2014 to present.
- All System Contact Notes from January 10, 2014 to present

AST